**CROW**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 24-cr-20149 JPM |
| v. | ) ) ) | 18 U.S.C. § 871(a) 18 U.S.C. § 879(a)(1) |
| KYL ALTON HALL, | ) ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

On or about July 27, 2024, in the Western District of Tennessee, the defendant,

**KYL ALTON HALL**

did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, by posting on X, a social media platform, that he was going to kill, assassinate, shoot and crash the plane of President of the United States, Joseph R. Biden, all in violation of Title 18, United States Code, Section 871(a).

### COUNT 2

On or about July 27, 2024, in the Western District of Tennessee, the defendant,

**KYL ALTON HALL**

did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the Vice President of the United States, specifically, by posting on X, a social media platform, that he was going to assassinate Vice President of the United States, Kamala Harris, all in violation of Title 18, United States Code, Section 871(a).

## COUNT 3

On or about July 27, 2024, in the Western District of Tennessee, the defendant,

**KYL ALTON HALL**

did knowingly and willfully make a threat to kill the Former President of the United States, specifically, by posting on X, a social media platform, that he was going to assassinate Former President of the United States, Barack Obama, all in violation of Title 18 United States Code, Section 879(a)(1).

A T R U E B I L L:

_____
**F O R E P E R S O N**

**DATED: August 20, 2024**

_____
**KEVIN G. RITZ**
**UNITED STATES ATTORNEY**